**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 01-41159
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

BALDEMAR SAMBRANO
VILLARREAL,

Defendant-Appellant.

Appeal from the United States District Court
For the Eastern District of Texas
(No. 91-CR-4)

August 7, 2002

Before JOLLY, DAVIS and PARKER, Circuit Judges.

PER CURIAM:

The Court's August 1, 2002 opinion dismissing for lack of jurisdiction is hereby WITHDRAWN. The clerk of court is instructed to REASSIGN Defendant-Appellant's appeal from the district court's denial of his motion to unseal certain records.

OPINION WITHDRAWN; CASE REASSIGNED.